[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 9, 2012
JOHN LEY
CLERK

No. 10-15089
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00094-JOF-LTW-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus


BRIAN ALDRICH DUPREE,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 9, 2012)

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

John Lovell, appointed counsel for Brian Aldrich Dupree, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dupree's conviction and sentence are **AFFIRMED**.